UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO

| | |
|---|---|
| ENRIQUE FELIX, | § |
| Plaintiff, | § |
| v. | §  No. 3:18-cv-311 |
| CHASE BANK USA, N.A., | § |
| Defendant. | § |

## COMPLAINT

NOW COMES Plaintiff, ENRIQUE FELIX ("Plaintiff"), by his attorneys, and hereby alleges the following against CHASE BANK USA, N.A. ("Defendant"):

### Introduction

1. This action is brought pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*

### Jurisdiction and Venue

2. Jurisdiction of this court arises pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227.

3. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) as the acts and transactions giving rise to this action occurred in this district as Plaintiff resides in this district and Defendant transactions business in this district.

### Parties

4. Plaintiff is a natural person residing in El Paso, Texas.

5. Defendant is a business entity that conducts business in the State of Texas and has a principle business office in Wilmington, Delaware.

6. Defendant acted through its agents, employees, officers, members, directors,

heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## Factual Allegations

7. Plaintiff obtained a credit card with Defendant.

8. Due to economic hardship, Plaintiff became unable to make payments on the credit card.

9. After Plaintiff fell behind on payments, Defendant began calling Plaintiff regarding his credit card, presumably in connection with an attempt to collect payments.

10. These calls were placed to telephone number (915) 240-38XX.

11. Telephone number (915) 240-38XX is assigned to Plaintiff's cellular telephone.

12. These calls were for a non-emergency purpose.

13. Upon information and good faith belief, based on the frequency, number, nature and character of these calls, Defendant placed them by using an automatic telephone dialing system.

14. On or about March 1, 2018, Plaintiff spoke with Defendant.

15. During this conversation Plaintiff instructed Defendant to stop calling his cell phone on all accounts, and he provided Defendant with his cell phone number so it could remove the phone number from its outbound calls.

16. Defendant confirmed the cell phone number with client to ensure it understood Plaintiff's instructions.

17. Defendant then confirmed there was no other matters to discuss and thanked Plaintiff, and the conversation ended.

18. Defendant called Plaintiff's cell phone after March 1, 2018.

19. Defendant used an automatic telephone dialing system to call Plaintiff's cell

phone after March 1, 2018.

20. Between March 20, 2018 and August 29, 2018, Defendant called Plaintiff's cell telephone at least 151 times.

21. Defendant called Plaintiff multiple times in a single day.

22. Defendant called Plaintiff up to three times in a single day.

23. Defendant did not have Plaintiff's express consent to place these calls using an automatic telephone dialing system.

24. Plaintiff was severely interrupted, unduly inconvenienced, and mercilessly harassed by Defendant's unlawful attempts to collect a debt.

25. Plaintiff felt annoyed and harassed by Defendant disregard of his instruction to stop calling on all accounts and its repeated, and excessive, phone calls.

## Count I
## Telephone Consumer Protection Act

26. Plaintiff repeats, reiterates and incorporates by reference into this cause of action the allegations set forth above with the same force and effect as if the same were set forth at length herein.

27. Defendant's actions alleged *supra* constitute numerous violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

28. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violations of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

Prayer for Relief

WHEREFORE, Plaintiff respectfully requests judgment be entered against Defendant for the following:

a) Statutory damages of $500.00 for each and every violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B),

b) Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C),

c) Award reasonable attorneys' fees, litigation expenses and costs; and

d) Any other relief that this Honorable Court deems appropriate.

Respectfully submitted,

Dated: October 19, 2018

/s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone:  312-578-9428
Telefax:  866-861-1390
ahill@consumerlawcenter.com
Attorneys for Plaintiff